NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5026

PCL CONSTRUCTION SERVICES, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in 06-CV-144, Judge Marian Blank Horn.

ON MOTION

## O R D E R

Upon consideration of the parties' joint motion to voluntarily dismiss this appeal due to settlement,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     All other pending motions are moot

(3)     Each side shall bear its own costs.

FOR THE COURT

OCT 27 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Michael J. Cook, Esq.
        Deborah A. Bynum, Esq.
s20

ISSUED AS A MANDATE:     OCT 27 2009
_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 27 2009

JAN HORBALY
CLERK